Dean B. Herman (State Bar No. 076752)
Catherine L. Rivard (State Bar No. 126237)
Jeffrey A. Lewiston (State Bar No. 126827)
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, Suite 500
Encino, CA 91436
Telephone: (818) 783-5530
Facsimile: (818) 783-5507
E-Mail: jlewiston@mrllp.com

Attorneys for Defendant
HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBAC C.F.S. CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 04-04812 MHP (VBKx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>Complaint Filed: October 6, 2004<br>Trial Date: None |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action be and hereby is dismissed, in

1

STIPULATION & [PROPOSED] ORDER OF DISMISSAL

its entirety, **with prejudice,** each party to bear its own respective costs and attorneys' fees.

DATED: July ___, 2005                MICHELMAN & ROBINSON, LLP


By:_____
DEAN B. HERMAN
CATHERINE L. RIVARD
JEFFREY A. LEWISTON
Attorneys for Defendant
HARTFORD FIRE INSURANCE
COMPANY

DATED: July ___, 2005                LAW OFFICES OF JOHN M. DALEY


By:_____
JOHN M. DALEY
Attorney for Plaintiff BOBAC C.F.S. CORP.

DATED: July 27, 2005                 LAW OFFICE OF MICHAEL H. GRUBMAN


By: /s/ Michael H. Grubman
MICHAEL H. GRUBMAN
Attorney for Plaintiff BOBAC C.F.S. CORP.

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED
Judge Marilyn H. Patel

DATED: ___08/19___, 2005
By:_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION & [PROPOSED] ORDER OF DISMISSAL

its entirety, **with prejudice,** each party to bear its own respective costs and attorneys' fees.

DATED: July 28, 2005          MICHELMAN & ROBINSON, LLP

By: _____
    DEAN B. HERMAN
    CATHERINE L. RIVARD
    JEFFREY A. LEWISTON
    Attorneys for Defendant
    HARTFORD FIRE INSURANCE
    COMPANY

DATED: July 29, 2005          LAW OFFICES OF JOHN M. DALEY

By: _____
    JOHN M. DALEY
    Attorney for Plaintiff BOBAC C.F.S. CORP.

DATED: July ___, 2005         LAW OFFICE OF MICHAEL H. GRUBMAN

By: _____
    MICHAEL H. GRUBMAN
    Attorney for Plaintiff BOBAC C.F.S. CORP.

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2005  By: _____
                              UNITED STATES DISTRICT JUDGE